**Order entered May 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00468-CV

**ADELPHI GROUP, LTD., Appellant**

**V.**

**DIVINE DINING, LLC DBA TACO CASA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16325**

## ORDER

Before the Court is appellant's April 27, 2018 corrected unopposed motion to abate the appeal. We **DENY** the motion.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE